Monte J. White & Associates, PC
Pamela J. Chaney
402 Cypress, Suite 310
Abilene, TX 79601
(325) 673-6699
ecfabilene@montejwhite.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | | |
| Terry Wayne Bailey | § | CASE NO. 11-10069-RLJ-13 |
| and | § | |
| Nanette Nolene Bailey | § | HEARING DATE: 10/3/2012 |
| DEBTOR(s) | § | HEARING TIME: 11:00 A.M. |

FIRST MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION

DATE: 09/04/2012

Pursuant to 11 USC 1329, the Debtor(s) (per the undersigned attorney) or the Standing Chapter 13 Trustee, requests the following Modification of Debtor(s) Confirmed Plan herein:

I. HISTORY OF THE CASE

1. Date Case Filed: 2/28/2011

2. Date of Section 341 Meeting: 3/31/2011

3. First Payment Date: 3/30/2011

4. Date of Confirmation: 5/18/2011

5. Total Plan Term Prior to this Modification: 48

6. Number of Months from First Payment Date through month prior to estimated month of Modification Approval:  18

7. Remaining Plan Term (subtract item 6 from the lesser of item 5 or 60 months): 39 (in modified plan)

8. Amount of Arrears through the month prior to the date the Modification is filed: NONE

9. Date plan payments are to resume: 10/30/2012

10. Total Payments Paid to the Trustee through the month prior to the date the Modification is filed with the clerk: $7,167.00

11. Total payments due to the Trustee through the month prior to the date the Modification is filed with the clerk:  $6,747.00

12. Total Payments Due to the Trustee from the month the Modification is filed to the month the Modification is set for approval: NONE (paid ahead)

13. List Dates of any Prior Orders Modifying, Interlocutory Orders, or Special Supervision Orders: TRCC 11/23/2011

II. MODIFICATION REQUESTED
(CHECK 1 OR MORE OF THE FOLLOWING 4 CHOICES)

__x___    INCREASE monthly payment from $280.00 per month to $394.00 per month (must coincide with resume date shown in item 9 above)
__x___    Extend months from 48 months to 60 months (not to exceed 60 calendar months from month of First Payment Date)
_____    Add balloon payment of  in  month (indicate how the balloon payment will be made)

All modifications that include a balloon payment will require testimony.

Any arrears indicated in item 8 above shall be cured by the following method: N/A

III. RESUMPTION OF PAYMENTS TO THE TRUSTEE
(All information below must be complete)

Payments can only change as of the month the modification is approved. Payments to the Trustee in the amount of $394.00 will resume on or before 10/30/2012 for 42 (in modified plan) months (item 7 above) remaining in the Modified Plan as of the date the modification is approved.

Base amount will change from $15,427.00 to $23,575.00

If the base amount has changed complete the following:

1. Total Paid in as of the month prior
to Modification Approval:                       $ 7,027.00

2. (+)Plus Total Payments to be made
through the Remainder of Plan:                  $16,548.00
(Making up any arrears in item 9 above)

3. (=) New Base Amount                          $23,575.00

IV. TREATMENT OF UNSECURED CREDITORS

Unsecured creditors are not guaranteed a dividend when a plan is confirmed. See general order 2006-1. Allowed general unsecured claims may receive a pro-rata share of the unsecured creditors' pool, but not less than the section 1325(a)(4) amount of non-exempt property less allowed administrative and priority claims, after the TRCC becomes final. A proof of claim must be timely filed to be allowed.

## V. SECURED, PRIORITY OR SPECIAL CLASS TREATMENT

ADD/DELETE/SURRENDER/CHANGE the following Secured, Priority or Special Class Unsecured Creditor(s):

C/D;A=ADD;D = DELETE; S = SURRENDER; CF = CHANGE FROM; CT = CHANGE TO
CodeName   Class   Amount   Collateral Value   Interest Treatment

| Code | Name | Class | Amount | Collateral Value | Interest Treatment |
|---|---|---|---|---|---|
| CT | S-First Mutual Bank | Windows | $3,406.10 | | $81.13 per month |
| | | | | | |
| CT | S-CAD of Taylor County | Homestead-property taxes | $3,050.22 | | $85.44 per month |
| | | | | | |
| CT | S-Wells Fargo Financial Texas, Inc. | Pre-petition mortgage arrears | $908.56 | | $21.00 per month |
| | | | | | |
| A | S-Wells Fargo Financial Texas, Inc. | Post-petition Mortgage Arrears | $6,081.64 | | $144.80 Per month |
| | | | | | |

Note: Changes to any creditors above shall not be effective until the Modification is approved.

## VI. ATTORNEY FEES

Debtor's attorney shall be allowed an additional fee for this Modification in the total amount of $350.00 plus $50.00 in costs, of which $400.00 will be paid through the Plan by the Trustee.

## VII. REASON FOR MODIFICATION

This modification is requested for the following reason(s): Per Agreed Order entered with the Court on 8/24/2012.

## VIII. BUDGET INFORMATION

At the time of filing this modification the debtor shall provide a filed marked copy of the current budget (schedules I & J) and the three most recent pay stubs to the Trustee.

N/A

Respectfully submitted,

/s/Pamela J. Chaney
Attorney for Debtor(s)

## CERTIFICATE OF SERVICE

I certify that a true copy of the above and foregoing Modification of Plan After Confirmation has been served by me on 09/04/2012, on all parties on the attached matrix, by ECF and/or United States First Class Mail, proper postage affixed.

/s/Pamela J. Chaney
Attorney for Debtor(s)

```
Label Matrix for local noticing            306 Federal Building                      Abilene Cardiology Consultants
0539-1                                     1205 Texas Avenue                         P.O. Box 5679
Case 11-10069-rlj13                        Lubbock, TX 79401-4037                    Abilene, Texas 79608-5679
Northern District of Texas
Abilene
Tue Sep  4 15:23:13 CDT 2012

American InfoSource LP as agent for        Asset Acceptance                          BACK BOWL I LLC
Cedar Hill National Bank                   PO Box 2036                               C O WEINSTEIN AND RILEY, PS
PO Box 248899                              Warren, MI 48090-2036                     2001 WESTERN AVENUE, STE 400
Oklahoma City, OK  73124-8899                                                        SEATTLE, WA 98121-3132


Capital One Bank                           (p)CAPITAL ONE                            Cato Corporation
11013 W. Broad ST                          PO BOX 30285                              Attention:  Credit Department
Glen Allen, VA 23060-5937                  SALT LAKE CITY UT 84130-0285              PO Box 34216
                                                                                     Charlotte, NC 28234-4216


Central Fin                                Chase                                     Chase Bank USA, N.A.
3424 North First                           Po Box 15298                              PO Box 15145
Abilene, TX 79603-6912                     Wilmington, DE 19850-5298                 Wilmington, DE 19850-5145


Chase Bank USA,N.A                         Citibank Usa                              Cmre Financial Services Inc
CO Creditors Bankruptcy Service            Citicard Credit Srvs-Centralized Bankrup  3075 E Imperial Hwy
P O Box 740933                             PO Box 20507                              Suite 200
Dallas,Tx 75374-0933                       Kansas City, MO 64195-0507                Brea, CA 92821-6753


DSRM National Bank-Diamond Shamrock        DSRM Natl Bk-Diamond Sham                 Danny E Wheat D.P.M.
PO Box 300                                 CO Creditors Bankruptcy Service           1401 Ambler Ave Ste 102
Amarillo, TX 79105-0300                    P O Box 740933                            Abilene, TX 79601-2216
                                           Dallas,Tx 75374-0933


Datasearch Inc                             Exxmblciti                                FIRST FINANCIAL PORTFOLIO MANAGEMENT INC
Pob 461289                                 Attn.: Centralized  Bankruptcy            c o Jefferson Capital Systems LLC
San Antonio, TX 78246-1289                 PO Box 20507                              PO BOX 7999
                                           Kansas City, MO 64195-0507                SAINT CLOUD MN 56302-7999


Fingerhut                                  First Mutual Bank                         First Mutual Savings B
16 McLeland Rd.                            co Ben Chambers                           16900 Redmond Way
St. Cloud, MN 56303-2198                   PO Box 1647                               Redmond, WA 98052-4407
                                           Bellevue, WA 98009-1647


Footcare Associates of Abilene             GE Capital Retail Bank                    GE Money Bank
CO West Central Texas Collection Bureau    CO Recovery Management Systems Corp       CO B-Line, LLC
PO Box 2586                                25 SE 2nd Ave Suite 1120                  MS 550
Abilene, TX 79604-2586                     Miami, FL 33131-1605                      PO Box 91121
                                                                                     Seattle, WA 98111-9221


GE Money Bank                              Gemb-care Credit                          Gemb-chevron
P.O. Box 103104                            Attn: Bankruptcy                          Attention: Bankruptcy
Roswell, GA 30076-9104                     PO Box 103106                             PO Box 103104
                                           Roswell, GA 30076-9106                    Roswell, GA 30076-9104
```

| | | |
|---|---|---|
| Gemb-walmart<br>Po Box 981400<br>El Paso, TX 79998-1400 | Gemb-walmart Dc<br>Attention: Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076-9104 | Guy C. Rosser D.D.S.<br>602 Hickory<br>Abilene, TX 79601-5098 |
| HSBC Bank Nevada, N.A.<br>by PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk VA 23541-0907 | Hendrick Medical Center<br>Collection Department<br>1900 Pine Street<br>Abilene, Texas 79601-2432 | Hilco Rec<br>Attn: Bankruptcy<br>1120 Lake Cook Road Suite B<br>Buffalo Grove, IL 60089-1970 |
| Hsbc Bank<br>ATTN: BANKRUPTCY<br>PO BOX 5213<br>Carol Stream, IL 60197-5213 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Imaging Associates of Abilene<br>4349 S. Treadaway<br>Abilene, TX 79602-7803 |
| Kohls<br>Attn: Recovery Dept<br>PO Box 3120<br>Milwaukee, WI 53201-3120 | Lowes<br>PO Box 981064<br>El Paso, TX 79998-1064 | Lowes - MBGA<br>Attention:  Bankruptcy Department<br>PO Box 103104<br>Roswell, GA 30076-9104 |
| (p)MICHAEL REED OR LEE GORDON<br>PO BOX 1269<br>ROUND ROCK TX 78680-1269 | Midland Credit Management<br>PO Box 939019<br>San Diego, CA 92193-9019 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123-2255 |
| Monte J. White & Associates, P.C.<br>402 Cypress, Suite 310<br>Abilene, TX 79601-5151 | National Capital Management, LLC<br>8245 Tournament Dr. Ste. 230<br>Memphis, TN 38125-1741 | Nco-inovision-medclr<br>Attn: Bankruptcy<br>507 Prudential Rd<br>Horsham, PA 19044-2308 |
| Noble Fin<br>25331 1h 10 West<br>San Antonio, TX 78257 | OAK HARBOR CAPITAL II LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Odpt-cbsd<br>Attn: Centralized Bankruptcy<br>P.O. Box 20507<br>Kansas City, MO 64195-0507 |
| PRA Receivables Management LLC<br>PO Box 41067<br>Norfolk, VA 23541-1067 | Portfolio Investments I LLC<br>CO Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Radiology Associates - RMA<br>CO West Central Texas Collection Bureau<br>PO Box 2586<br>Abilene, WA 79604-2586 | Radiology Associates of Abilene<br>PO Box 2898<br>Abilene, TX 79604-2898 | Rausch, Sturm, Israel, Enerson & Hornik,<br>401 Cypress St., Suite 300<br>Abilene, TX 79601-5146 |
| Recovery Management Systems Corporation<br>25 SE 2nd Ave. Ste. 1120<br>Miami, FL 33131-1605 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | SFC-Central Bankruptcy<br>P.O. Box 1893<br>Spartanburg, S.C 29304-1893 |

| | | |
|---|---|---|
| Sams Club<br>Attention: Bankruptcy Department<br>PO Box 105968<br>Atlanta, GA 30348-5968 | Sears-cbsd<br>Po Box 6189<br>Sioux Falls, SD 57117-6189 | Shell Oil - Citibank<br>Attn.: Centralized Bankruptcy<br>PO Box 20507<br>Kansas City, MO 64195-0507 |
| Sunrise Credit Service<br>234 Airport Plaza Blvd S<br>Farmingdale, NY 11735-3938 | Target National Bank<br>PO Box 59317<br>Minneapolis, MN 55459-0317 | Taylor CAD<br>co Michael Reed<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 |
| Taylor Co. Central Appraisal District<br>1534 South Treadaway Blvd<br>Abilene, TX 79602-4927 | Taylor Emergency Medicine Assoc<br>PO Box 1438<br>San Antonio, TX 78295-1438 | Texas Midwest ER Physicians<br>PO Box 676240<br>Dallas, TX 75267-6240 |
| Tnb-visa<br>PO Box 560284<br>Dallas, TX 75356-0284 | Wells Fargo Financial National Bank<br>4137 121st Street<br>Urbandale IA 50323-2310 | Wells Fargo Financial Texas, Inc.<br>4137 121st St<br>Urbandale, IA 50323-2310 |
| Wells Fargo Financial Texas, Inc.<br>CO Christopher Naylor<br>4801 Woodway, Ste. 420W<br>Houston, Texas 77056-1822 | West Central Tx Coll B<br>Po Box 2586<br>Abilene, TX 79604-2586 | West Texas Rehab<br>4601 Hartford<br>Abilene, Texas 79605-4699 |
| Wf Fin Bank<br>Wells Fargo Financial<br>4137 121st St<br>Urbendale, IA 50323-2310 | Wffinancial<br>800 Walnut St<br>Des Moines, IA 50309-3504 | Wffnb Retail<br>Mac 4031-080<br>Des Moines, IA 50309 |
| Williams, Trotter & Associates<br>Clinical Pathology Associates<br>PO Box 3138<br>Abilene, TX 79604-3138 | Yng & Yng<br>Pob 891738<br>Oklahoma City, OK 73189-1738 | Nanette Nolene Bailey<br>3609 Trinity Lane<br>Abilene, TX 79602-7449 |
| Pamela Jean Chaney<br>Monte J. White & Associates, P.C.<br>American State Building<br>402 Cypress, Ste. 310<br>Abilene, TX 79601-5151 | Terry Wayne Bailey<br>3609 Trinity Lane<br>Abilene, TX 79602-7449 | UST U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-1011 |
| Walter 12,13 OCheskey<br>6308 Iola Avenue<br>Lubbock, TX 79424-2735 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Capital One, N.a.                        IRS Special Procedures                  (d)Internal Revenue Service
Bankruptcy Dept                          Mail Code 5020-DAL                      PO Box 21126
PO Box 5155                              1100 Commerce St, Room 9B8              Philadelphia, PA 19114
Norcross, GA 30091                       Dallas, TX  75242


Michael Reed                             Portfolio Rc                            (d)Portfolio Recovery Associates, LLC
McCreary Veselka, Bragg & Allen P.C.     Attn: Bankruptcy                        CO Capital One Bank, N.a.
PO Box 1269                              PO Box 41067                            PO Box 41067
Round Rock, TX 78680                     Norfolk, VA 23541                       Norfolk VA 23541


(d)Portfolio Recovery Associates, LLC    (d)Portfolio Recovery Associates, LLC   (d)Portfolio Recovery Associates, LLC
CO Care Credit                           CO Exxonmobil                           CO Office Depot
POB 41067                                POB 41067                               POB 41067
Norfolk VA 23541                         Norfolk VA 23541                        Norfolk VA 23541


(d)Portfolio Recovery Associates, LLC
CO Sams Club
POB 41067
Norfolk VA 23541



               The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)National Capital Management, LLC.     (d)Taylor CAD                           (u)Wells Fargo Financial Texas, Inc.
8245 Tournament Drive                    co Michael Reed
Suite 230                                P.O. Box 1269
Memphis, TN 38125-1741                   Round Rock, TX 78680-1269


End of Label Matrix
Mailable recipients    84
Bypassed recipients     3
Total                  87
```